**CONSOLIDATED CIGAR CORPORATION,**
Plaintiff-Appellant, v. Joseph T. HIGGINS, as Collector, etc., et al., Defendants-Appellees.

No. 278.

Circuit Court of Appeals, Second Circuit.

Feb. 10, 1936.

Maass & Davidson, of New York City (David Weinstein and Monroe L. Friedman, both of New York City, of counsel), for appellant.

John Davidson, of New York City, for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed in open court.

---

**Bertha R. CONYNGHAM, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5831.

Circuit Court of Appeals, Third Circuit.

Feb. 15, 1936.

Bernhard Knollenberg, of New York City, for petitioner.

Francis I. Howley, of Washington, D. C., for respondent.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

After hearing and due consideration of the case, this court reached the same conclusion as the Circuit Court of Appeals of the Second Circuit in Robinson v. Commissioner, 80 F.(2d) 1018, where another owner of the property here concerned was the taxpayer. In view of the fact that the taxpayer in that case was then seeking to have that court rehear and reverse its decision, we deferred deciding the present case. As the Supreme Court in United States Trust Co. v. Anderson, 290 U.S. 683, 54 S.Ct. 120, 78 L.Ed. 589, has denied a certiorari in United States Trust Company v. Anderson (C.C.A.) 65 F.(2d) 575, 89 A.L.R. 994, and as the Robinson Case was in line with the Anderson Case, we now affirm the action of the Tax Board in the present case.